**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-60351-CIV-SMITH

JOSE SANCHEZ CRUZ,

      Petitioner,

v.

KRISTI NOEM, *et al.*,

      Respondents.

_____/

## ORDER DENYING MOTION TO ENFORCE HABEAS COPRUS ORDER

This matter is before the Court upon Petitioner's Motion to Enforce Habeas Corpus Order [DE 10] and Respondents' Opposition [DE 11].  On March 24, 2026, the Court entered its Order Granting Petition for Writ of Habeas Corpus [DE 8], in which the Court ordered Respondents to provide Petitioner with an individualized bond heading consistent with 8 U.S.C. § 1226(a).  On April 1, 2026, Petitioner had a bond hearing before an immigration judge.  The immigration judge denied bond because he found Petitioner to be a flight risk, given that Petitioner is under an order of removal that is pending appeal.  (*See* Order of the Immigration Judge [DE 9-2].)  Petitioner now seeks an order from this Court: (1) ordering Petitioner's immediate release on bond, the amount to be determined by this Court; (2) ordering a new bond hearing before a different immigration judge; and (3) enjoining Respondents from continuing to detain Petitioner.

Petitioner has not shown that he is entitled to the relief sought.  Petitioner has not shown that Respondents violated this Court's Order Granting Petitioner for Writ of Habeas Corpus.  Petitioner received an individualized bond hearing.  While the immigration judge denied Petitioner's bond, Petitioner has not shown that bond was improperly denied.  Additionally, Petitioner has not shown that this Court has jurisdiction to grant him the relief sought.

Accordingly, it is,

**ORDERED** that Petitioner's Motion to Enforce Habeas Corpus Order [DE 10] is **DENIED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of April, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

2